Oscar **RODRIGUEZ**, Lizabeth
Rodriguez, Plaintiffs–
Appellants,

v.

Detective Mark **SHIREMAN**, in his
individual and official capacity,
Defendant–Appellee.

No. 15–12271
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 28, 2016.

Jason M. Wandner, Jason M. Wandner,
PA, Miami Beach, FL, for Plaintiff–Appellant.

Bruce Wallace Jolly, Purdy Jolly Giuffreda & Barranco, PA, Fort Lauderdale,
FL, Defendant–Appellee.

Before WILSON, JORDAN and JULIE
CARNES, Circuit Judges.

**PER CURIAM:**

Detective Mark Shireman arrested Oscar and Lizabeth Rodriguez on charges of dealing in stolen property, in violation of Florida Statutes § 812.019. However, the state attorney ultimately dropped the charges. Thereafter, the Rodriguezes filed a complaint in district court raising 42 U.S.C. § 1983 and state malicious prosecution claims against Shireman. The Rodriguezes asserted that Shireman violated their Fourth Amendment rights and engaged in malicious prosecution because he arrested them without probable cause. The district court granted summary judgment to Shireman on all of the Rodriguezes' claims. This appeal followed.

After careful consideration of the record and the parties' briefs, we affirm substantially for reasons given by the opinion of the district court. *See Rodriguez v. Shireman*, No. 2:13–cv–14453–JEM (S.D.Fla. May 13, 2015).

**AFFIRMED.**